# In the United States District Court
# For the Middle District of Alabama

2:08CV193-mef

2:08-CV-184-MEF

RECEIVED

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, __Christopher Lee__ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritancess?   Yes (✓)   No ( )
   e. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. __Every now a then I get some from friends__

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )   No (✓)   (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.


SCANNED
LK 3/19/08

4

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the poroperty and state its approximate value.

   _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____ None _____
   _____
   _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __3-10-08__
                    (date)

_____ 191746
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.40__ on account to his credit at the __Bibb Correctional Facility__ institution where he is confined on this __3-11-08__
                                                        (date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ __see attached__ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

__Cynthia Steward  Account Clerk__
Authorized Officer of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BIBB COUNTY CF

AIS #: 191746     NAME: LEE, CHRISTOPHER DAVID          AS OF: 03/11/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 20 | $0.04 | $0.00 |
| APR | 30 | $0.04 | $0.00 |
| MAY | 31 | $0.04 | $0.00 |
| JUN | 30 | $0.04 | $0.00 |
| JUL | 31 | $0.04 | $0.00 |
| AUG | 31 | $0.04 | $0.00 |
| SEP | 30 | $0.04 | $0.00 |
| OCT | 31 | $0.04 | $0.00 |
| NOV | 30 | $4.60 | $25.00 |
| DEC | 31 | $1.28 | $0.00 |
| JAN | 31 | $8.14 | $30.00 |
| FEB | 28 | $9.47 | $50.00 |
| MAR | 11 | $0.40 | $0.00 |