(Original)

In The United States District Court For
The Middle District Of Alabama

RECEIVED

2008 MAR 17 A 8: 52

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Paul Harold Smith 161990  —  Robert Donald Duck Jr 238080
Lon Lamar Farr 233729
Christopher David Lee
On Behalf of Themselves And
All Similarly Situated

vs.

~~____~~ Bob Riley, Gov. Alabama
Troy King, Alabama Att. General
Ala. Dept. of Public Safety

2:08CV193-mef

Case No. 2:08-CV-184-MEF

Petition For Class Action Status And Appointment of Counsel

Comes now the plaintiffs in the above styled cause and pursuant to
Rule 23 Federal Rules Civil Procedure presents this Petition For Class
Action Status And Appointment of Counsel and in support thereof state the
following:

1.    Throughout the State of Alabama there are hundreds of people who are
affected by the unconstitutional application of Alabama's Community Notification
Act.

2.    The above listed plaintiffs are prison inmates who do not have the
level of education, or training in the legal profession, which would allow

Dbt f !3;19.dw.11295.N F G UGN !!!!!Epdvn f ou7!!!!!!Gjrhe!14‑C2803119!!!!!Qbhf !3!pg3

2.

them to adequately represent the class and pursue these matters to a successful conclusion.

3.     Because of the number of individuals affected by the unconstitutional actions of the defendants — and the commonality of the claims for relief — class action status on the herein styled matter would be proper.

Respectfully submitted this _13th_ day of March, 2008.

Paul W Smith 161990

_____ #233729

Christopher David Lee 191746

Robert Donald Duck Jr 238080

Plaintiffs  On Behalf of Themselves And All Similarly Situated